1070

No. 94–8171. PADILLOW v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8173. GONZALEZ v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–8174. REDMOND v. SCHOCKWEILER ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–8177. CREEL v. KYLE. C. A. 5th Cir. Certiorari denied.

No. 94–8178. BRIM v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 94–8180. FRIEDMAN v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 94–8181. BROWN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8182. AVERY v. BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 94–8183. BANKS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–8185. COOPER v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8186. AZUBUKO v. CHIEF ADULT PROBATION OFFICER ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8191. DAWSON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 94–8193. WUORNOS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8195. McCULLUM v. JACKSON PUBLIC SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.